Case 2:10-cv-01230-JLR   Document 16   Filed 11/30/10   Page 1 of 2
Case 2:10-cv-01230-JLR   Document 14-3   Filed 10/29/10   Page 1 of 2

FILED ___ ENTERED
LODGED ___ RECEIVED

NOV 30 2010

CLERK U.S. DISTRICT COURT
AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

10-CV-01230-ORD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

MUHAMMAD KHAN, FEROZA KHAN, )
N.K., F.K., and U.K.,                )
                                     )   CASE NO. C10-1230-JLR
           Petitioners,              )
                                     )
     v.                              )   ORDER OF DISMISSAL
                                     )
DEPARTMENT OF HOMELAND               )
SECURITY, and ERIC H. HOLDER, JR.,   )
Attorney General of the United States,)
                                     )
           Respondents.              )
_____)

The Court, having reviewed Petitioners' Petition for Writ of Habeas Corpus (Dkt. 1), Respondents' Return and Motion to Dismiss (Dkt. 7), the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the objections to Report and Recommendation (Dkt 15) to that, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation.

(2) Petitioners' Petition for Writ of Habeas Corpus (Dkt. 1) is DENIED, Respondents' motion to dismiss (Dkt. 7) is GRANTED, and this action is DISMISSED with prejudice, and

ORDER OF DISMISSAL
Page -1

(3)  The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 30th day of November, 2010.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
Page -2